USCA1 Opinion

 

 October 20, 1994 [NOT FOR PUBLICATION] UNITED STATES OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1673 JUAN M. COFIELD, ET AL., Appellants, v. HARRY GRAHAM, ET AL., Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge. _____________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. _____________ ____________________ James E. Cofield Jr. and Juan M. Cofield on brief pro se. ____________________ _______________ Robert Owen Resnick, Cullen & Resnick on brief for appellees. ___________________ ________________ ____________________ ____________________ Per Curiam. We have carefully reviewed the parties' ___________ briefs and the record on appeal. We conclude that the district court correctly dismissed the bankruptcy appeal essentially for the reasons stated in the district court memorandum and order, In re Malmart Mortgage Co., 166 B.R. ___________________________ 499 (D. Mass. 1994). We add that the district court's failure to address in more particular detail the bankruptcy court's order denying appellants' motion for recusal is of no moment since appellants' complaint was completely based on their unhappiness and disagreement with the bankruptcy court's rulings. "[J]udicial rulings alone almost never constitute valid basis for a bias or partiality motion." Liteky v. United States, 114 S. Ct. 1147, 1157 (1994). And, ______ _____________ mistakes of law, even assuming there were any, are not, of themselves, evidence of bias. Panzardi-Alvarez v. United ________________ ______ States, 879 F.2d 975, 984 n.7 (1st Cir. 1989), cert. denied, ______ ____________ 493 U.S. 1082 (1990). The facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. The request for oral argument is, therefore, denied. _______ Affirmed. _________